**Rene PEREZ, Appellant, v. UNITED STATES of America, Appellee.**

No. 6495.

Circuit Court of Appeals, Fifth Circuit.
April 30, 1932.

Theodore H. McGiehan, of New Orleans, La., for appellant.

E. E. Talbot, U. S. Atty., and William H. Norman, Asst. U. S. Atty., both of New Orleans, La.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.
The judgment is affirmed.

**Dr. E. C. POLLOCK, Appellant, v. UNITED STATES of America, Appellee.**

No. 6361.

Circuit Court of Appeals, Fifth Circuit.
April 22, 1932.

Wm. A. Green, of New Orleans, La., for appellant.

Edmond E. Talbot, U. S. Atty., and P. M. Flanagan, Asst. U. S. Atty., both of New Orleans, La.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.
The judgment is affirmed.

**Charles PROCHELLO, Appellant, v. UNITED STATES of America.**

No. 9383.

Circuit Court of Appeals, Eighth Circuit.
Dec. 28, 1931.

Carlos W. Goltz, of Sioux City, Iowa, for appellant.

D. C. Browning, Asst. U. S. Atty., of Sioux City, Iowa.

PER CURIAM.
Appeal docketed and dismissed, without costs to either party in this court, on motion of appellee.

**PROVIDENCE WASHINGTON INSURANCE COMPANY (substituted for A. Philippi & Co., Inc.), Libelant-Appellant, v. THE Steamship CALEDONIER, Her Engines, Boilers, etc., and Lloyd Royal Belge, Claimant-Respondent-Appellee.**

No. 356.

Circuit Court of Appeals, Second Circuit.
May 2, 1932.

Theodore L. Bailey, of New York City (Julius F. Steinbrenner and Maurice Mound, both of New York City, of counsel), for appellant.

Loomis & Ruebush, of New York City (Homer L. Loomis, of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Decree affirmed.